

# NUMBER 13-13-00550-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE WILLACY COUNTY APPRAISAL DISTRICT

## On Petition for Writ of Mandamus.

# O R D E R

### Before Justices Benavides, Perkes, and Longoria
### Per Curiam Order

Relator, Willacy County Appraisal District, filed a petition for writ of mandamus in the above cause on October 15, 2013, requesting that we direct the trial court to grant its motion to compel discovery. The Court requests that the real party in interest, Sebastian Cotton & Grain, Ltd., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of October, 2013.